THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON -AT SEATTLE

8

9   **USI INSURANCE SERVICES NATIONAL,**
    **INC.,** formerly known as **WELLS FARGO**      Case No. 2:17-cv-01842-JLR
10  **INSURANCE SERVICES USA, INC.,** a
    North Carolina corporation,
11

12              Plaintiff,                            **STIPULATED MOTION OF**
                                                      **DISMISSAL WITHOUT PREJUDICE**
13        vs.                                         **AND ~~PROPOSED~~ ORDER**

14  **LOCKTON COMPANIES, LLC,** a Missouri            **NOTING DATE: FEBRUARY 22, 2018**
15  limited liability company; **LOCKTON**
    **COMPANIES, LLC-PACIFIC SERIES,** a
16  Missouri limited liability company;
    **NORTHEAST SERIES OF LOCKTON**
17  **COMPANIES, LLC,** a Missouri limited
    liability company; and **SHIRLEY GORDON,**
18  an individual,

19              Defendants.

20

21                          **STIPULATION**

22        All the undersigned parties hereby stipulate to dismissal of this action under Rule

23  41(a)(1). Defendants Northeast Series of Lockton Companies, LLC, and Shirley Gordon are

24  also named as Defendants in a parallel action entitled *USI Insurance Services National, Inc. v.*

25  *Northeast Series of Lockton Companies, LLC, et al.*, Case No. 8:17-cv-02895-VMC-TGW

26  (M.D. Fla.) ("Florida Litigation"). The Defendants have agreed to submit to the jurisdiction of

STIPULATION OF DISMISSAL WITHOUT                 FISHER & PHILLIPS LLP
PREJUDICE (17-01842) - Page 1                    1201 THIRD AVENUE, SUITE 2750
                                                 SEATTLE, WA 98101
                                                 (206) 682-2308

1  the United States District Court for the Middle District of Florida in the Florida Litigation for

2  purposes of adjudicating Plaintiff's claims relating to Shirley Gordon's employment at, and

3  departure from, her prior employment at Wells Fargo Insurance Services USA, Inc. and

4  employment at Northeast. Plaintiff USI Insurance Services National, Inc. (formerly known as

5  Wells Fargo Insurance Services USA, Inc.), has also agreed to dismiss the above-captioned

6  action, in its entirety, without prejudice.

7  Dated: February 21, 2018

8

9  /s Catharine M. Morisset                          /s Todd Williams (per email authority)
   Catharine M. Morisset, WSBA #29682               Steven W. Fogg, WSBA #23528
10 Fisher & Phillips LLP                             Todd T. Williams, WSBA #45032
   1201 Third Avenue, Suite 2750                     CORR CRONIN MICHAELSON
11 Seattle, WA 98101                                 BAUMGARDNER FOGG & MOORE LLP
                                                     1001 Fourth Avenue, Suite 3900
12 Tel.: (206) 682-2308                              Seattle, WA 98154
   Fax: (206) 682-7908                               Phone: 206-274-8669
13 E-Mail: cmorisset@fisherphillips.com              Fax: 206-625-0900
         mburnham@fisherphillips.com                 Email: sfogg@corrcronin.com
14                                                           twilliams@corrcronin.com
   Attorneys for Plaintiff USI Insurance            Attorneys for Defendants Lockton Companies,
15 Services National, Inc.                           LLC; Northeast Series of Lockton Companies,
                                                     LLC; and Lorraine Yumul Gant
16

17                                      **ORDER**

18        Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed

19 without prejudice.

20        Entered this 22ⁿᵈ day of February, 2018.

21

22

23

24                         THE HONORABLE JAMES ROBART

25

26

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE (17-01842) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 33783032.1

## CERTIFICATE OF SERVICE

1

2      I hereby certify that on the date below written, I electronically filed the foregoing with

3  the Clerk of the Court using the CM/ECF system and caused to be served a true and correct

4  copy of same by the method indicated below and addressed as follows:

5

6  Steven W. Fogg, WSBA #23528
   Todd T. Williams, WSBA #45032

7  CORR CRONIN MICHAELSON
   BAUMGARDNER FOGG & MOORE LLP

8  1001 Fourth Avenue, Suite 3900
   Seattle, WA 98154

9  Phone: 206-274-8669
   Fax: 206-625-0900

10 Email:  sfogg@corrcronin.com

11          twilliams@corrcronin.com

12 *Attorneys for Defendants*

13     I declare under penalty of perjury under the laws of the United States of America that

14 the foregoing is true and correct.  Executed on February 22, 2018, in accordance with 28 USC

15 1746.

16

17 _____
   Jazmine Matautia

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE (17-01842) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 33783032.1